

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2018

No. 04-18-00039-CV

**IN RE DAIMLER TRUCKS NORTH AMERICA LLC**

Original Mandamus Proceeding[1]

# O R D E R

     The Real Parties in Interest's Motion for Extension of Time to File Response to Petition for Writ of Mandamus is hereby GRANTED. Time is extended to February 26, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-07361, styled *Ricardo Garza, et al. v. Daimler Trucks North America, et al.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.